# AFFIDAVIT OF SERVICE
## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

Date Filed: 6/11/14

**INDEX NUMBER:** CV14-3680

LIBERTY MUTUAL INSURANCE COMPANY,
  vs.                                    Plaintiff(s),

COMPAS MEDICAL, P.C.,
                                         Defendant(s),

Received by JLS Service Bureau, Inc., on the 24th day of JUNE, 2014 at 10:30 AM to be served on
PAVEL SOLTANOV a/k/a PAUL SOLTONOV a/k/a PAUL DADA
50 BISCAYNE BLVD, APT 4609
MIAMI, FL 33132

I, JOSEPH CUTRONI, being duly sworn depose and say that on the 25TH day of JUNE, 2014 at 10:51 AM I:

Individually Served the within named person a true copy of this SUMMONS IN A CIVIL ACTION AND COMPLAINT VIA Alternate Service by serving a suitable aged person identified as the doorman HENRY PINDER and BY MAILING TO THE ABOVE DEFENDANT AT CURRENT RESIDENTAL ADDRESS

XXXXMilitary Status: At the time of Service, Deponent asked whether the Defendant/Recipient is in Active Military Service for theUnited States of America or for any State in the United States in any capacity whatever or dependent upon a person in Active Military Service and received a negative reply.

Description of Person Served: MALE, BLACK SKIN 35 YEARS OLD, 6'1", 210 LBS, BLACK/BROWN HAIR

I am over the age of eighteen, have no interest in the above action and have the authority to serve process pursuant to CPLR 2103.

JOSEPH CUTRONI

Subscribed and Sworn to before me on the

_____ day of June, 2014

By the affiant who is personally known to me

Notary Public

JLS SERVICE BUREAU, INC.
4024 NORTHWEST 5TH DRIVE
DEER FIELD BEACH, FLORIDA 33442
(954) 422-9742

Carol J. Brock
State of Florida
MY COMMISSION # FF 54485
Expires September 16, 2017

# AFFIDAVIT OF SERVICE
## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

INDEX NO.: CV14-3680

LIBERTY MUTUAL INSURANCE COMPANY,
                                Plaintiff(s)/Petitioner(s),

        -against-

COMPAS MEDICAL PC et al,

                              Defendant(s)/Respondent(s),

AFFIDAVIT OF MILITARY INVESTIGATION

I **Matthew Upton** being duly sworn deposes and says:

I am over 18 years of age and am a Licensed Process Server in the State of New York

I reside at 150 Broadhollow Road, Suite 300, Melville, New York 11747

In compliance with the Service members Civil Relief Act I believe that the defendant,

**Pavel Soltanov** is not currently in the Military service based upon the following:

An Active Duty Military search through the Service members Civil Relief Act website (SCRA)

Under the Social Security Number of ███████, **Pavel Soltanov**, ███████,

no records were found. A negative Certificate is attached.

MATTHEW UPTON
License No.: 1473818

Sworn to before me this
7th day of July 20 14

Notary Public

JOSEPH W SEQUINO
Notary Public, State of New York
No. 01SE4846028
Qualified in Suffolk County
Commission Expires January 27, 2015