UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
LIBERTY MUTUAL INSURANCE COMPANY

                                           2:14-CV-03680 (LDW)(GRB)

                        Plaintiff,

-against-

COMPAS MEDICAL, P.C. et al.,

                        Defendants.
------------------------------------------------------------------x

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel, that the following briefing schedule shall apply for any motion(s) to dismiss filed on behalf of the following defendants: JCC Medical, P.C., Alleviation Medical Services, P.C., JGG Medical Care, P.C., Jules Francois Parisien, M.D., Island Life Chiropractic Pain Care, PLLC, Action Potential Chiropractic, PLLC, Adelaida Physical Therapy, P.C., Masigla Physical Therapy, P.C., Charles Deng Acupuncture, P.C., Jamie Gabriel Gutierrez, MD, Darren Thomas Mollo, DC, Adelaida M. Laga, P.T., Maria Masigla, P.T., and Charles Deng, L.Ac.:

1.     Motions shall be served and filed on or before May 15, 2015;

2.     Opposition papers shall be served and filed on or before July 10, 2015;

3.     Reply papers shall be served and filed on or before August 7, 2015.

This stipulation may be executed in counterparts and via electronic means, which shall be deemed original for all purposes.

{00119987.1 / 1354-001 }

Dated:   April 14, 2015

McDONNELL & ADELS, PLLC

By: _____
    Michael J. Giordano
401 Franklin Avenue
Garden City, NY 11530
(516) 328-3500


GARY TSIRELMAN, P.C.

By: _____
    Nicholas Bowers
129 Livingston Street, 2nd Floor
Brooklyn, NY 11201
(718) 438-1200


KAPLAN KRAVET & VOGEL P.C.

By: _____
    Maria E. Rodi
630 Third Avenue, 5th Floor
New York, NY 10017
(646) 248-5462