

|  |  |  |
|---|---|---|
| Gary TSIRELMAN M.D. | Viktoriya LITVENKO | Joseph PADRUCCO |
| Darya KLEIN | Stefan BELINFANTI | Douglas MACE |
| Selina CHIN | Ilya MURAFA | Stephen GURFINKEL |
| Irena GOLODKEYER | Daniel GRACE | Jennifer RAHEB |
| David GOTTLIEB | Nicholas BOWERS | Evan POLANSKY |

129 LIVINGSTON STREET
SECOND & THIRD FLOORS
BROOKLYN, NY 11201
T: (718) 438-1200 • F: (718) 438-8883
nbowers@gtmdjd.com

Judge Leonard D. Wexler
Senior United States District Court Judge
944 Federal Plaza
Central Islip, New York 11722                    Wednesday, May 13, 2015


**Re:   Liberty Mutual Fire Insurance Company et al. v. Compas Medical, P.C., et al., Case 2:14-cv-03680-LDW-GRB, Request for an enlargement page limit**


Dear Honorable Judge Wexler,

     We write on behalf of Defendants Jaime Gutierrez, M.D., Alleviation Medical Services, P.C., and JGG Medical Care, P.C. in the above-captioned action currently before your Honor. Defendants are currently preparing a motion to dismiss and for a stay, due served on all parties this Friday, May 15, 2015.

     The above-named Defendants request an enlargement of the page restriction on the memorandum of law is support of their motion, per Your Honor's Rules. Defendants request an enlargement of 10 pages, raising the limit to 35 pages for the memorandum of law in the pending motion.

     We attempted to contact Plaintiffs' counsel via electronic mail for consent yesterday afternoon, but have received no response. If this request should be granted, we consent to a concomitant enlargement of the page limit for their opposition memorandum.

     We thank the Court for its consideration of this letter.

                                                      Respectfully,

                                                    _____

Dated: Wednesday, May 13, 2015                    Nicholas Bowers, Esq.
                                                          Gary Tsirelman P.C.
                                                          129 Livingston, 2nd Floor
                                                          Brooklyn NY 11201